﻿Citation Nr: AXXXXXXXX
Decision Date: 03/18/19 Archive Date: 03/18/19

DOCKET NO. 181204-1319
DATE: March 18, 2019

REMANDED

Service connection for a left foot disability is remanded.

Service connection for a right foot disability is remanded.

Service connection for a left knee disability, to include as secondary to claimed foot disabilities, is remanded.

Service connection for a right knee disability, to include as secondary to claimed foot disabilities, is remanded.

REASONS FOR REMAND

On August 23, 2017, the President signed into law the Veterans Appeals Improvement and Modernization Act, Pub. L. No. 115-55 (to be codified as amended in scattered sections of 38 U.S.C.), 131 Stat. 1105 (2017), also known as the Appeals Modernization Act (AMA). This law creates a new framework for Veterans dissatisfied with VA’s decision on their claim to seek review. The Board is honoring the Veteran’s choice to participate in VA’s test program RAMP, the Rapid Appeals Modernization Program. 

The Veteran served on active duty from May 1998 to September 2012 and had additional service with the Navy Reserves. As will be discussed, the Board finds that the provided VA examinations afforded to the Veteran in 2018 which preceded the decision on appeal do not satisfy the duty to assist. 

1. Entitlement to service connection for left and right foot disabilities are remanded.

The record shows that bilateral pes planus was noted at service entrance. While the Veteran was afforded a VA examination in March 2018, a medical opinion was not provided. The Board finds that a remand for VA medical opinion is necessary help address whether bilateral pes planus was aggravated in service, or whether bilateral foot strain was incurred in service.

2. Entitlement to service connection for left and right knee disabilities are remanded.

Service treatment records show that the Veteran was seen for left knee pain in August 2009, one month after injuring his knee. Additionally, the Veteran contends that bilateral knee strain is secondary to pes planus. A March 2018 VA examination provided a diagnosis of bilateral knee strain, but the examiner did not provide an opinion as to the etiology of knee strain. Thus, a remand for a VA medical opinion is warranted.

The matters are REMANDED for the following action:

1. Obtain a supplemental VA medical opinion to address the issues of entitlement to service connection for left and right foot disabilities, to include the question of whether bilateral pes planus, noted at service entrance, was aggravated in service, and whether diagnosed bilateral foot strain was incurred in service. 

2. Obtain a supplemental VA medical opinion to address the issues of entitlement to service connection for left and right knee disabilites. The examiner should address whether currently diagnosed knee strain was (a) incurred inservice, to inclued as due to a left knee injury treated in August 2009, and (b) caused or aggravated (permanently worsened in severity beyond the normal progress of the disease) by the claimed bilateral foot disability. 

 

K. PARAKKAL

Veterans Law Judge

Board of Veterans’ Appeals

ATTORNEY FOR THE BOARD Christine C. Kung